# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**TIMOTHY MALLORY,**

   Plaintiff,

  v.                                      **CIVIL ACTION NO: 1:11-0894**

**CAPITAL ONE BANK (USA), N.A.,**

   Defendant.

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Timothy Mallory and Defendant Capital One Bank (USA), N.A., through counsel, hereby stipulate to the immediate dismissal **with prejudice** of all claims asserted in the above-entitled action.

| | |
|---|---|
| Plaintiff, | Defendant, |
| Timothy Mallory | Capital One Bank (USA), N.A. |
| | |
| /s/ Paul W. Roop, II | /s/ Julia Chico Abbitt |
| Paul W. Roop, II | Julia Chico Abbitt |
| ROOP LAW OFFICE, LC | Jackson Kelly, PLLC |
| PO Box 1145 | 150 Clay Street, Suite 500 |
| Beckley, WV 25802 | Morgantown, WV 26507 |
| WV State Bar # 5406 | WV State Bar # 5796 |
| (304)255-7667 | (304)284-4106 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**TIMOTHY MALLORY,**

   Plaintiff,

 **v.**                                         **CIVIL ACTION NO: 1:11-0894**

**CAPITAL ONE BANK (USA), N.A.,**

   Defendant.

### CERTIFICATE OF SERVICE

I, Paul W. Roop, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: April 15, 2013                                  /s/ **Paul W. Roop, II**